IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Roberts, Viveca

Printed: 2/19/08

Case Number: 04 B 45537
Judge: Hollis, Pamela S
Filed: 12/10/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 1, 2008
Confirmed: April 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 38,091.95 |  |
| Secured: |  | 29,530.42 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,220.20 |
| Trustee Fee: |  | 1,726.41 |
| Other Funds: |  | 3,614.92 |
| Totals: | 38,091.95 | 38,091.95 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,220.20 | 3,220.20 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 3,478.53 | 1,028.03 |
| 4. | TCF Bank | Secured | 13,570.12 | 13,570.12 |
| 5. | City Of Chicago | Secured | 797.00 | 797.00 |
| 6. | Select Portfolio Servicing | Secured | 24,069.67 | 6,857.23 |
| 7. | Capital One Auto Finance | Secured | 5,531.94 | 5,531.94 |
| 8. | C T Taffe Plumbing | Secured | 1,746.10 | 1,746.10 |
| 9. | TCF Bank | Unsecured | 9,308.00 | 0.00 |
| 10. | Trinity Hospital | Unsecured | 30.00 | 0.00 |
| 11. | Capital One Auto Finance | Unsecured | 7,381.00 | 0.00 |
| 12. | GTI | Unsecured |  | No Claim Filed |
| 13. | Capital One | Unsecured |  | No Claim Filed |
| 14. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | $ 69,132.56 | $ 32,750.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 160.76 |
| 3% | 64.69 |
| 5.5% | 401.44 |
| 5% | 107.59 |
| 4.8% | 226.86 |
| 5.4% | 765.07 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Roberts, Viveca

Printed: 2/19/08

Case Number: 04 B 45537
Judge: Hollis, Pamela S
Filed: 12/10/04

_____
$ 1,726.41

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____